THE WILLSON & ADAMS Co. et al., Appellants, *v.* PATRICK D. PEARCE, Individually and as Business Agent of LOCAL NUMBER 456, OF THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, STABLEMEN AND HELPERS OF AMERICA et al., Respondents.

(Argued March 8, 1934; decided March 23, 1934.)

*John W. Simpson, 2nd, Walter Gordon Merritt, Cyrus Perry* and *Murray T. Quigg* for appellants.

*Sydney A. Syme* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ.    Not sitting: KELLOGG, J.